**William Taylor REIL, Appellant**

**v.**

**PENNSYLVANIA DEPARTMENT OF TRANSPORTATION and its Bureau of Driver Licensing Leslie Richards, Secretary, Kara N. Templeton, Director of BDL, Appellees.**

Supreme Court of Pennsylvania.

Feb. 16, 2016.

***ORDER***

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, Appellant's Notice and Demand for Oral Argument is **DENIED,** and the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.